This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**KENT WILSON,**

     Plaintiff-Appellee,

and

**MARY WILSON, along with Kent Wilson, d/b/a K&M Properties,**

     Plaintiffs,

v.                           **NO. 34,333**

**BETH DAVIS,**

     Defendant-Appellant,

and

**RICHARD JOSEPH and HANNA JOSEPH,**

     Defendants.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Sandra A. Price, District Judge**

John Westerman
Farmington, NM

for Appellee
Beth Davis
Farmington, NM

Pro Se Appellant


## MEMORANDUM OPINION

**WECHSLER, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     Accordingly, we dismiss for the reasons stated in our calendar notice.

{3}     **IT IS SO ORDERED.**


_____

**JAMES J. WECHSLER, Judge**


**WE CONCUR:**


_____

**RODERICK T. KENNEDY, Judge**


_____

**TIMOTHY L. GARCIA, Judge**